UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                               :

UNITED STATES OF AMERICA        :

                               :

      -against-        :         25-MJ-01797

                               :

CARLOS OLMEDO ARMIJOS RAMON,  :      SCHEDULING ORDER

                               :

              Defendant.     :

                               :

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/10/2026__

VALERIE CAPRONI, United States District Judge:

     IT IS HEREBY ORDERED that the parties appear for an initial conference in this matter on **Wednesday, March 11, 2026, at 3:30 P.M.**  The conference will take place in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

     SO ORDERED.

Date:  March 10, 2026
       New York, NY

_____
VALERIE CAPRONI
United States District Judge