USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/11/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                      :

   UNITED STATES OF AMERICA             :

                -against-            :              26-CR-00086 (VEC)

   CARLOS OLMEDO ARMIJOS RAMON,    :          SCHEDULING ORDER

                      Defendant.      :

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the parties appear for a status conference on **Friday, April 10, 2026, at 10:30 A.M.**  The conference will take place in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Not later than **Thursday, April 2, 2026**, the parties must submit a joint letter via ECF (i) apprising the Court of the status of the Government's review of Defendant's mitigation proposal and (ii) proposing trial dates.

IT IS FURTHER ORDERED that time is excluded for the period from March 11, 2026, to April 10, 2026, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice are served by allowing time for the Government and Defendant to continue working on an alternative disposition for this case, and those interests outweigh the interest of the public and the Defendant in a speedy trial.

SO ORDERED.

Date:   March 11, 2026                    _____
        New York, NY                      VALERIE CAPRONI
                                             United States District Judge