UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/24/2026
```

-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                          :
:
                     -against-                                   :        26-CR-00086 (VEC)
:
CARLOS OLMEDO ARMIJOS RAMON,                                      :             ORDER
:
                                        Defendant.               :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 24, 2026, Defendant Carlos Olmedo Armijos Ramon waived indictment and pled guilty to Count One of the S1 Superseding Information;

IT IS HEREBY ORDERED that the parties must appear for sentencing on **Friday, August 7, 2026, at 10:30 A.M.**, in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Sentencing submissions are due not later than **Friday, July 24, 2026**.


        SO ORDERED.

                                                         _____
Date:   April 24, 2026                                          VALERIE CAPRONI
        New York, NY                                         United States District Judge