UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/23/2026

----------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                        :
:
       -against-                                              :      26-CR-00086 (VEC)
:
CARLOS OLMEDO ARMIJOS RAMON,                                    :      SCHEDULING ORDER
:
                       Defendant.                       :
:
----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

     IT IS HEREBY ORDERED that Defendant's sentencing is ADJOURNED from Friday,

August 7, 2026, to **Wednesday, September 23, 2026, at 10:30 A.M.**, in Courtroom **20C** of the

Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York

10007.  Sentencing submissions are due not later than **Wednesday, September 9, 2026**.


     SO ORDERED.

                                   _____

Date:  June 23, 2026                       VALERIE CAPRONI
      New York, NY                United States District Judge